FILED

MAY 22 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1640-JM |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1326(a) – Deported Alien Found in the United States (Felony) |
| JOSUE CARREON-CAMPOS, | |
| Defendant. | |

The United States Attorney charges:

On or about April 24, 2008, within the Southern District of California, defendant JOSUE CARREON-CAMPOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

/s/ Charlotte E. Kaiser for
JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
5/14/08